IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. GROUNDS, et al.,<br><br>　　　　　Defendants. | Case No. C 13-4367 CW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME FOR DEFENDANTS TO FILE A DISPOSITIVE MOTION |

　　　Having reviewed Defendants' Motion to Change Time to File a Dispositive Motion, and good cause appearing, Defendants' motion is GRANTED.  Defendants may file a dispositive motion on or before October 17, 2014.  Plaintiff may file an opposition within thirty days of service of Defendants' motion, and Defendants shall file a reply brief within fifteen days of service of Plaintiff's opposition brief.

　　　**IT IS SO ORDERED.**

Dated: ____7/29/2014____　　　　　　　　　　　*Claudia Wilken*
　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken

1

[Proposed] Order Granting Defs.' Admin. Mot. to Change Time to File a Disp. Mot. (C 13-4367 CW (PR))