IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD THOMAS,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**R. GROUNDS, et al.,**<br><br>                                    Defendants. | Case No. C 13-4367 CW (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants filed a motion to change time to file a dispositive motion.  Having reviewed Defendants' motion, and good cause appearing, Defendants' motion is **GRANTED**.

    (1) Defendants may file a dispositive motion within sixty days of the filing of the Court's order on Defendants' Motion to Sever Plaintiff's Claims and to Dismiss Misjoined Claims (docket no. 28)

    Plaintiff may file an opposition within thirty days of service of Defendants' motion, and Defendants shall file a reply brief within fifteen days of service of Plaintiff's opposition brief.

    **IT IS SO ORDERED.**

Dated:  October 3, 2014

_____
The Honorable Claudia Wilken

1

[Proposed] Order Granting Defs.' Admin. Mot. to Change Time to File Disp. Mot. (C 13-4367 CW (PR))